### Commonwealth *v.* Tucker, Appellant.

Before

BLOOM, J.

Argued March 19, 1969. *I. B. Sinclair,* with him *Bell, Pugh, Sinclair & Prodoehl,* for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, with him *Vram S. Nedurian,* Assistant District Attorney, *William R. Toal,* First Assistant District Attorney, and *Stephen J. Mc-Ewen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Vanderpool, Appellant.

Submitted March 17, 1969. *W. Marshall Dawsey,* for appellant; *Maurice L. Epstein,* District Attorney, for Commonwealth, appellee.

Order affirmed.